# IN THE SUPREME COURT OF THE STATE OF NEVADA

TYLER FLEMING,
                          Appellant,
                vs.
THE STATE OF NEVADA,
                          Respondent.

No. 85040

FILED

AUG 08 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Mary Kay Holthus, Judge.

The notice of appeal fails to designate the specific order or judgment being challenged on appeal. *See* NRAP 3(c)(1)(B). To the extent that appellant appeals from the judgment of conviction entered on November 18, 2021, the notice of appeal was untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.          _____, J.
Cadish                                 Pickering

22-24712

cc:    Hon. Mary Kay Holthus, District Judge
Tyler Fleming
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk